UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| TERRI POWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 4:07-cv-0062-DFH-WGH |
| NATIONAL RURAL LETTER CARRIERS' ) | |
| ASSOCIATION LONG-TERM DISABILITY ) | |
| INCOME PLAN, ) | |
| ) | |
| Defendant. ) | |

FINAL JUDGMENT

The court having this day issued its findings of fact and conclusions of law, it is hereby ORDERED, ADJUDGED, AND DECREED that defendant National Rural Letter Carriers' Association Long-Term Disability Income Plan reinstate long term disability income payments to plaintiff Terri Powers retroactive to April 14, 2006, with costs to plaintiff.

Date: May 5, 2009

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

-2-

Copies to:

Timothy J. Vrana
tim@timvrana.com

Eric P. Mathisen
OGLETREE, DEAKINS, NASH, SMOAK, & STEWART,P.C.
eric.mathisen@ogletreedeakins.com

Mark E. Schmidtke
OGLETREE, DEAKINS, NASH, SMOAK, & STEWART,P.C.
mark.schmidtke@ogletreedeakins.com